UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

ROEL GONZALEZ,

        Plaintiff,

vs.                               Case No. 3:04-cv-684-J-32MMH

DR. TRUNG VAN LE, M.D.,
et al.,
        Defendants.
_____

## ORDER OF DISMISSAL WITH PREJUDICE

On June 7, 2005, Defendants filed a Notice of Filing Plaintiff's Voluntary Dismissal With Prejudice (Doc. #31).  They attached Plaintiff's Voluntary Dismissal With Prejudice (signed and dated May 26, 2005, by Plaintiff), which states that the parties have reached a dispositive settlement of this action and that Plaintiff voluntarily dismisses the entire action with prejudice pursuant to the agreement of the parties.  Therefore, in accordance with Fed. R. Civ. P. 41(a)(1)(i), this case will be dismissed with prejudice.

Therefore, it is now

**ORDERED AND ADJUDGED**:

This case is **DISMISSED** with prejudice, and the Clerk of the Court shall enter judgment dismissing this case with prejudice and shall close the case.

**DONE AND ORDERED** at Jacksonville, Florida, this 27th day of June, 2005.

TIMOTHY J. CORRIGAN
United States District Judge

sc 6/8
c:
Roel Gonzalez
Assistant Attorney General (Hiers)